Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL II

| ISILIANY CAROLA IBAÑEZ; VÍCTOR GARCÍA GARCÍA<br><br>Peticionario<br><br>v.<br><br>RAQUEL VÁZQUEZ VÁZQUEZ<br><br>Recurrida | KLCE202401285 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Aguadilla<br><br>Caso Núm.: AG2022RF00413<br><br>Sobre: Custodia y Relaciones Filiales |
|---|---|---|

Panel integrado por su presidente, el Juez Bermúdez Torres, la Jueza Martínez Cordero y el Juez Cruz Hiraldo.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 19 de diciembre de 2024.

Conforme a la Regla 7(B)(5) del Reglamento del Tribunal de Apelaciones,[1] este Tribunal tiene la facultad de prescindir de términos no jurisdiccionales, escritos, notificaciones o procedimientos específicos en cualquier caso ante su consideración, con el propósito de lograr su más justo y eficiente despacho". En consideración a lo anterior, eximimos a la parte recurrida de presentar escrito en oposición al recurso de *Certiorari* ante nos.

Evaluada la *Petición de Certiorari* y el expediente en su totalidad, así como el derecho aplicable, este Tribunal concluye que la parte peticionaria no logró establecer la necesidad de nuestra intervención en este caso. Por tanto, en virtud de lo dispuesto en la Regla 52.1 de las de Procedimiento Civil,[2] así como de la Regla 40 del Reglamento de este Tribunal,[3] resolvemos *denegar* la expedición del auto de *Certiorari*.

---

[1] 4 LPRA Ap. XXII-B, R.7 (B)(5).
[2] 32 LPRA Ap. V, R. 52.1.
[3] 4 LPRA Ap. XXII-B, R.40.

Número Identificador

RES2024_____

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones